# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| Gregory J. Johnson | : NO. 21-11336 |
| Desiree A. Johnson | : |
| (DEBTORS) | : |

## CERTIFICATION OF NO OPPOSITION TO COUNSEL'S MOTION TO APPROVE FEE

Thomas W. Fleckenstein, Esquire, the attorney for the Debtor(s), hereby certifies that more than twenty-one (21) days have elapsed since he made service of the Fee Application and Notice of Motion of Debtor's Counsel for Approval of Fee.

Counsel further certifies that no creditor or party in interest has filed an answer, objection, request for a hearing or other responsive pleading to the Motion to Approve Counsel Fee.

Respectfully,

Date___7/8/21_____

Thomas W. Fleckenstein, ESQUIRE
Attorney for Debtor(s)
470 Locust Street
Columbia, PA 17512
Tel:(717) 333-4053
Fax:(717) 342-2474