United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                           Case No. 21-11336-pmm

Gregory J Johnson                                                                       Chapter 13

Desiree A Johnson

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4                                      User: admin                                          Page 1 of 2

Date Rcvd: Sep 09, 2021                              Form ID: 155                                   Total Noticed: 10

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory J Johnson, Desiree A Johnson, 757 S. Lime Street, Lancaster, PA 17602-4519 |
| 14609482 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 14606729 | | Lancaster General Health, PO Box 824826, Philadelphia, PA 19182-4826 |
| 14606730 | + | Landis Enterprises, 4412 Oregon Pike, Ephrata, PA 17522-9479 |
| 14623042 | | U.S. Bank National Association, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14613782 | + | U.S. Bank Trust National Association, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14613733 | + | U.S. Bank Trust National Association, not in its i, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14606731 | | Well Span, PO Box 645734, Cincinnati, OH 45264-5734 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14606727 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Sep 09 2021 23:37:02 | Capital One Bank NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14616566 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2021 23:37:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14610217 | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 14606728 | ##+ | Fay Servicing LLC, 3000 Kellway Dr., Ste. 150, Carrollton, TX 75006-3357 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Sep 09, 2021 | Form ID: 155 | Total Noticed: 10

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2021          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee of New Residential Mortgage Loan Trust 2020-NPL2 bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS W. FLECKENSTEIN | on behalf of Joint Debtor Desiree A Johnson tom@fleckensteinpalaw.com |
| THOMAS W. FLECKENSTEIN | on behalf of Debtor Gregory J Johnson tom@fleckensteinpalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Gregory J Johnson and Desiree A
Johnson
        Debtor(s)                                    Chapter: 13
                                                          Bankruptcy No: 21−11336−pmm

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this 9th day of September 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                             Patricia M. Mayer
                                                             Judge ,
                                                             United States Bankruptcy Court

                                                                                        25
                                                                                   Form 155