UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

IN RE:                                                                                          CASE NO.: 21-11336-pmm
                                                                                                         CHAPTER 13

**Gregory J Johnson,**
   Debtor.


**Desiree A Johnson,**
   Joint Debtor.


_____/

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                              Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                              Authorized Agent for Secured Creditor
                              130 Clinton Rd #202
                              Fairfield, NJ 07004
                              Telephone: 470-321-7112

                              By: /s/Charles Wohlrab
                                  Charles Wohlrab, Esq.
                                  Email: CWohlrab@raslg.com

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on April 25, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

GREGORY J JOHNSON
757 S. LIME STREET
LANCASTER, PA 17602

DESIREE A JOHNSON
757 S. LIME STREET
LANCASTER, PA 17602

And via electronic mail to:

THOMAS W. FLECKENSTEIN ATTORNEY AT LAW
1338 MALLEABLE ROAD
COLUMBIA, PA 17512

THOMAS W. FLECKENSTEIN ATTORNEY AT LAW
1338 MALLEABLE ROAD
COLUMBIA, PA 17512

SCOTT F. WATERMAN (CHAPTER 13)
CHAPTER 13 TRUSTEE 2901 ST. LAWRENCE AVE. SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE 200 CHESTNUT STREET SUITE 502
PHILADELPHIA, PA 19106

By: /s/ Brianna Carr