UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| In re:<br><br>Gregory J Johnson,<br>         Debtor,<br><br>Desiree A Johnson,<br>         Joint Debtor,<br><br>U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust,<br><br>         Movant,<br><br>v.<br><br>Gregory J Johnson,<br><br>Desiree A Johnson,<br>         Debtors/Respondents,<br><br>Scott F. Waterman, Esquire,<br>         Trustee/Respondent. | Bankruptcy No. 21-11336-pmm<br><br>Chapter 13<br><br>Related Doc.: 34<br><br>Hearing Date: July 19, 2022<br>Hearing Time: 10:00 am<br>Location: 201 Penn Street, Suite 103<br>Reading, PA 19601 |

## CERTIFICATION OF NO RESPONSE

The undersigned hereby certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from Stay, filed at Docket No. 34, appears thereon. It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

Dated: July 18, 2022

                                                   **Robertson, Anschutz, Schneid, Crane, & Partners LLC**
                                                  Attorney for Secured Creditor
                                                  10700 Abbott's Bridge Rd., Suite 170
                                                  Duluth, GA 30097
                                                  Telephone: 973-575-0707
                                                  Facsimile: 973-404-8886

By: /s/ Charles G. Wohlrab
Charles Wohlrab, Esquire
PA Bar Number 314532
Email: cwohlrab@raslg.com
Counsel for U.S. Bank Trust National Association,
not in its individual capacity but solely as owner
trustee for RCF 2 Acquisition Trust

19-15805-elf
JOHNSON, GREGORY, JOHNSON, DESIREE
MFR

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | |
|---|---|
| **In re:** <br><br> **Gregory J Johnson,** <br>　　**Debtor,** <br><br> **Desiree A Johnson,** <br>　　**Joint Debtor,** <br><br> **U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust,** <br>　　**Movant,** <br><br> v. <br><br> **Gregory J Johnson,** <br><br> **Desiree A Johnson,** <br>　　**Debtors/Respondents,** <br><br> **Scott F. Waterman, Esquire,** <br>　　**Trustee/Respondent.** | **Bankruptcy No. 21-11336-pmm** <br><br> **Chapter 13** <br><br> **Related Doc.: 34** <br><br> Hearing Date: July 19, 2022 <br> Hearing Time: 10:00 am <br> Location: 201 Penn Street, Suite 103 <br> Reading, PA 19601 |

### **CERTIFICATE OF SERVICE OF CERTIFICATION OF NO RESPONSE**

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on **July 18, 2022** I served copies of the Motion for Relief from the Automatic Stay and Notice of Motion upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

Thomas W. Fleckenstein
Thomas W. Fleckenstein Attorney at Law
1338 Malleable Road
Columbia, PA 17512

Gregory J Johnson

757 S. Lime Street
Lancaster, PA 17602

Desiree A Johnson
757 S. Lime Street
Lancaster, PA 17602

Scott F. Waterman
Chapter 13 Trustee
2901 St. Lawrence Ave., Suite 100
Reading, PA 19606

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Date: July 18, 2022

        **Robertson, Anschutz, Schneid, Crane, & Partners LLC**
Attorney for Secured Creditor
10700 Abbott's Bridge Rd., Suite 170
Duluth, GA 30097
Telephone: 973-575-0707
Facsimile: 973-404-8886
By: /s/ Charles G. Wohlrab
Charles Wohlrab, Esquire
PA Bar Number 314532
Email: cwohlrab@raslg.com
Counsel for U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust