United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 21-11336-pmm
Gregory J Johnson  Chapter 13
Desiree A Johnson
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2
Date Rcvd: Jul 19, 2022      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory J Johnson, Desiree A Johnson, 757 S. Lime Street, Lancaster, PA 17602-4519 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2022 at the address(es) listed below:

**Name**      **Email Address**

CHARLES GRIFFIN WOHLRAB
     on behalf of Creditor Selene Finance LP cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB
     on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust cwohlrab@raslg.com

REBECCA ANN SOLARZ
     on behalf of Creditor U.S. Bank Trust National Association not in its individual capacity but solely as Owner Trustee of New Residential Mortgage Loan Trust 2020-NPL2 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
     ECFMail@ReadingCh13.com

THOMAS W. FLECKENSTEIN
     on behalf of Joint Debtor Desiree A Johnson Tom@TomFleckenstein.com

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jul 19, 2022 | Form ID: pdf900 | Total Noticed: 1

THOMAS W. FLECKENSTEIN
    on behalf of Debtor Gregory J Johnson Tom@TomFleckenstein.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Gregory J Johnson,**<br>    **Debtor**<br><br>**Desiree A Johnson,**<br>    **Joint Debtor**<br><br>**U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust,**<br>    **Movant**<br><br>v.<br><br>**Gregory J Johnson,**<br><br>**Desiree A Johnson,**<br>    **Debtor/Respondent**<br><br>**SCOTT F. WATERMAN, Esquire**<br>    **Trustee/Respondent** | **Bankruptcy No. 21-11336-pmm**<br><br>**Chapter 13** |

**ORDER VACATING AUTOMATIC STAY**

AND NOW, this 19th day of July, 2022, upon consideration of U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d), any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust; and it is further

ORDERED, that U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 757 South Lime Street, Lancaster, Pennsylvania 17602, including without limitation a sheriff's sale of the property, and it is further

~~ORDERED that U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.~~

BY THE COURT

**Date: July 19, 2022**

*Patricia M. Mayer*
Hon. Patricia M. Mayer
U.S. Bankruptcy Court Judge

21-11336-pmm
21-134536
MFR