| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 21-11336-PMM**

Gregory J Johnson  
Desiree A Johnson  
757 S. Lime Street  
Lancaster  PA    17602

Petition Filed Date: 05/11/2021  
341 Hearing Date: 06/15/2021  
Confirmation Date: 09/09/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/10/2021 | $370.00 | | 09/07/2021 | $185.00 | | 09/29/2021 | $270.00 | |
| 10/08/2021 | $270.00 | | 12/06/2021 | $270.00 | | 01/06/2022 | $270.00 | |
| 01/06/2022 | $270.00 | | 02/08/2022 | $270.00 | | 03/09/2022 | $280.00 | |
| 04/06/2022 | $270.00 | | 05/04/2022 | $270.00 | | 06/10/2022 | $300.00 | |

**Total Receipts for the Period: $3,295.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $3,295.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | WELL SPAN<br>»» 001 | Unsecured Creditors | $68.25 | $0.00 | $68.25 |
| 2 | LVNV FUNDING LLC<br>»» 002 | Unsecured Creditors | $424.50 | $0.00 | $424.50 |
| 3 | LANDIS ENTERPRISES AUTO SALES<br>»» 003 | Secured Creditors | $148.65 | $0.00 | $148.65 |
| 4 | SELENE FINANCE LP<br>»» 004 | Mortgage Arrears | $10,536.07 | $0.00 | $10,536.07 |
| 0 | THOMAS WILLIAM FLECKENSTEIN ESQ | Attorney Fees | $3,310.00 | $3,014.90 | $295.10 |

**Chapter 13 Case No. 21-11336-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,295.00 | Current Monthly Payment: | $265.00 |
| Paid to Claims: | $3,014.90 | Arrearages: | $83.00 |
| Paid to Trustee: | $280.10 | Total Plan Base: | $15,568.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.