United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                          Case No. 21-11336-pmm

Gregory J Johnson                    Chapter 13

Desiree A Johnson

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4                           User: admin                                 Page 1 of 2

Date Rcvd: Dec 15, 2022                Form ID: pdf900                        Total Noticed: 18

The following symbols are used throughout this certificate:

**Symbol**           **Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Gregory J Johnson, Desiree A Johnson, 757 S. Lime Street, Lancaster, PA 17602-4519 |
| 14609482 | + | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 14606729 | | Lancaster General Health, PO Box 824826, Philadelphia, PA 19182-4826 |
| 14606730 | + | Landis Enterprises, 4412 Oregon Pike, Ephrata, PA 17522-9479 |
| 14613782 | + | U.S. Bank Trust National Association, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14606731 | | Well Span, PO Box 645734, Cincinnati, OH 45264-5734 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 16 2022 00:27:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 16 2022 00:27:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 16 2022 00:27:00 | Selene Finance LP, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 16 2022 00:27:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14606727 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 16 2022 00:28:09 | Capital One Bank NA, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 14606728 | | Email/Text: ECF@fayservicing.com | Dec 16 2022 00:27:00 | Fay Servicing LLC, 3000 Kellway Dr., Ste. 150, Carrollton, TX 75006 |
| 14616566 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 16 2022 00:28:11 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14686100 | + | Email/Text: RASEBN@raslg.com | Dec 16 2022 00:27:00 | RAS Crane & Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14657259 | + | Email/Text: bkteam@selenefinance.com | Dec 16 2022 00:27:00 | Selene Finance, LP, c/o Selene Finance LP, Attn: BK Dept., 3501 Olympus Blvd., Suite 500, Dallas, TX 75019-6295 |
| 14623042 | ^ | MEBN | Dec 16 2022 00:21:57 | U.S. Bank National Association, c/o Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14686369 | + | Email/Text: RASEBN@raslg.com | Dec 16 2022 00:27:00 | U.S. Bank Trust N.A., c/o CHARLES GRIFFIN |

| | | | | | |
|---|---|---|---|---|---|
| 14613733 | | ^ | MEBN | | WOHLRAB, Robertson, Anschutz, Schneid, Crane &Par, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| | | | | Dec 16 2022 00:22:28 | U.S. Bank Trust National Association, not in its i, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |
| 14610217 | *+ | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 420 Lexington Avenue, Suite 840, New York, NY 10170-0840 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as Owner Trustee of New Residential Mortgage Loan Trust 2020-NPL2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Selene Finance LP cwohlrab@raslg.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust cwohlrab@raslg.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS W. FLECKENSTEIN | on behalf of Joint Debtor Desiree A Johnson Tom@TomFleckenstein.com |
| THOMAS W. FLECKENSTEIN | on behalf of Debtor Gregory J Johnson Tom@TomFleckenstein.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　Gregory J Johnson<br>　　Desiree A Johnson<br><br>　　　　　　Debtors | Chapter 13<br><br>Bankruptcy No. 21-11336-PMM |

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtors' plan shall be refunded to the Debtors unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: December 15, 2022**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE